PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

CLERK U.S. DISTRICT COURT
NORTHERN DIST. OF TX
LUBBOCK DIVISION

2021 JAN 15 AM 9: 51

DEPUTY CLERK _____

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF TEXAS
_____ DIVISION

Cedric McNeal #2317254
Plaintiff's Name and ID Number

Montford Unit
Place of Confinement

CASE NO. 5:21-CV-010-H
(Clerk will assign the number)

v.

Diane Dancer
Defendant's Name and Address

Larry Wilson Sr
Defendant's Name and Address

Larry Wilson Jr
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

## FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." See 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

## CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___ NO
   B. If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

   1. Approximate date of filing lawsuit: N/A
   2. Parties to previous lawsuit:
      Plaintiff(s) Cedric Mcneal
      Defendant(s) Diane Dancer
   3. Court: (If federal, name the district; if state, name the county.) Potter County
   4. Cause number: 2:20-CV-00219-Z-BR
   5. Name of judge to whom case was assigned: N/A
   6. Disposition: (Was the case dismissed, appealed, still pending?) Still pending
   7. Approximate date of disposition: N/A

Rev. 05/15

II. PLACE OF PRESENT CONFINEMENT: Montford Unit (TDC)

III. EXHAUSTION OF GRIEVANCE PROCEDURES: ✓ YES ___NO
Have you exhausted all steps of the institutional grievance procedure?
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.
The unit did not respond back.

IV. PARTIES TO THIS SUIT:
A. Name and address of plaintiff: Cedric mcneal   Montford Unit 8602 peach Ave, Lubbock, TX. 79404

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Diane Dancer

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #2: Larry Wilson Sr

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: Larry Wilson Jr.

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Rev. 05/15

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

On September 28, 2020 when I first arrived at the Montford Unit I've been stalked and sexually abuse by Diane Dancer and her Co-horts through an high tech device I believe they purchased from Tools from freedom.com or the Dark web or the Dark net. She and these people are walking around invisible with these devices sexually abusing me and hypnotizing inmates and officers of the Montford Unit to go against me. I have proof that she and her Co-horts are stalking me from the Potter County jail parking lot on January 02, 2020. When I was coming back to from court

VI. RELIEF:
State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like to press charges

VII. GENERAL BACKGROUND INFORMATION:
A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Cedric Dewayne McNeal

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

TDCJ 1102153, 2317254

VIII. SANCTIONS:
A. Have you been sanctioned by any court as a result of any lawsuit you have filed?  ___YES ✓NO
B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): _____
2. Case number: _____
3. Approximate date sanctions were imposed: _____
4. Have the sanctions been lifted or otherwise satisfied?  ___YES ✓NO

Rev. 05/15

4

Mr. Cedric McNeal #2317-054
Montford Unit
8602 Peach AVE
Lubbock, TX. 79404



LUBBOCK TX 794.
13 JAN 2021 PM 1 L

RECEIVED
JAN 15 2021
CLERK, U.S. DISTRICT
NORTHERN DISTRICT

Federal Courts
1205 Texas AVE., Rm 209
Lubbock, TX. 79401-4091

79401-402759

Privileged Inmate Mail
Not Inspected by Texas
Department of Criminal
Justice Institutional
Division