UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

CEDRIC MCNEAL,
Institutional ID No. 2317254

                Plaintiff,

v.

DIANE DANCER, et al.,

                Defendants.

No. 5:21-CV-00010-H

(Consolidated with
No. 5:21-CV-00026-C)

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that this civil rights complaint is dismissed without prejudice for want of prosecution.

Dated April 28, 2021.

_____
JAMES WESLEY HENDRIX
United States District Judge